UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

QUY DINH NGUYEN,

                Petitioner,

v.

BOB FERGUSON, *et al.*,

                Respondents.

CASE NO. 2:24-cv-01163-JLR-GJL

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER

This matter comes before the Court on Respondents' Motion for an Extension of Time to File an Answer. Dkt. 9. Counsel requests an extension of time to answer the Petition because he anticipates filing an answer with a state court record that includes hundreds of pages of documents and, due to the complexity of the issues presented, will have difficulty filing by the deadline. *Id*. After review of Respondents' Motion, the Motion (Dkt. 9) is **GRANTED**. Respondents shall have up to and including December 4, 2024, to file an answer to the Petition.[1]

Dated this 6th day of November, 2024.

Grady J. Leupold
United States Magistrate Judge

---

[1] As this is Respondents' first request for an extension and as a complete state court record is necessary to review the Petition, the Court finds an extension of time is warranted and a response from Petitioner is not necessary. If Petitioner wishes to be heard, he may file a motion for reconsideration.

ORDER GRANTING MOTION FOR EXTENSION
OF TIME TO FILE ANSWER - 1