1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

6
7
8
9
10
11

QUY DINH NGUYEN,

                Petitioner,

    v.

BOB FERGUSON, *et al.*,

                Respondents.

CASE NO. 2:24-cv-01163-JLR-GJL

ORDER GRANTING MOTION
FOR EXTENSION OF TIME TO
FILE ANSWER

12
13
14
15
16
17

      This matter comes before the Court on Respondents' Second Motion for an Extension of Time to File an Answer. Dkt. 11. Counsel requests an extension of time to answer the Petition because the Petition "raises intricate jurisdictional and procedural issues," including whether the alleged facts affect the statute of limitations and the bar on second or successive petitions. Dkt. 11 at 2. Counsel asserts that, due to the complexity of the issues presented, he will have difficulty filing an answer by the deadline. *Id*.

18
//
19
//
20
//
21
//
22
//
23
24

After review of Respondents' Motion, the Motion (Dkt. 11) is **GRANTED**. Respondents shall have up to and including January 3, 2025, to file an answer to the Petition.[1]

Dated this 4th day of December, 2024.

Grady J. Leupold
United States Magistrate Judge

---

[1] The Court finds an extension of time is warranted and a response from Petitioner is not necessary. If Petitioner wishes to be heard, he may file a motion for reconsideration.

ORDER GRANTING MOTION FOR EXTENSION
OF TIME TO FILE ANSWER - 2