UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

QUY DINH NGUYEN,

        Petitioner,

v.

BOB FERGUSON, *et al.*

        Respondents.

CASE NO. 2:24-cv-01163-JLR-GJL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. # 18).

(2) Defendants' Motion to Dismiss (Dkt. 15) is DENIED as MOOT.

(3) The Court lacks jurisdiction to address the Petition (Dkt. 6) as it is currently filed.

(4) The Clerk is directed to close this case and to transfer all original documents to the Ninth Circuit Court of Appeals. The Clerk shall, however, retain copies of the Petition, the Report and Recommendation, and this Order in the file; and

//

//

//

//

(5)     The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. Grady J. Leupold.

**DATED** this 21st day of February, 2025.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2